UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAIYL GANOV SHADIYAR,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. 5:26-cv-02655-SVW-AYP

~~(PROPOSED)~~

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

On October 15, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation denying Petitioner Jaiyl Ganov Shadiyar's ("Petitioner") petition for a writ of habeas corpus (the "Petition"). (Dkt. No. 16 ("R&R").)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The parties have not submitted any Objections to the findings in the R&R.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted;

(2) Judgment shall be entered denying the Petition;

(3) and Petitioner's Request for Status Update (Dkt. No. 15) is DENIED as moot.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

IT IS SO ORDERED.

DATED: November 19, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE