JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIYL GANOV SHADIYAR, Petitioner, v. DHS OPLA, Respondent. | Case No. 5:26-cv-02655-SVW-AYP ~~(PROPOSED)~~ JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is DENIED; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: November 19, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE